## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THERA LAMBERT and AMY CONNOR, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:16-cv-11319 |
| | ) Hon. Harry D. Leinenweber |
| v. | ) |
| DOLLAR GENERAL CORPORATION, | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs THERA LAMBERT and AMY CONNOR, by and through their attorneys, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: February 5, 2018

    Respectfully submitted,

    */s/ Jason J. Thompson*
    Jason J. Thompson
    Amy L. Marino
    **SOMMERS SCHWARTZ, P.C.**
    One Towne Square, 17th Floor
    Southfield, MI 48076
    (248) 355-0300
    jthompson@sommerspc.com
    amarino@sommerspc.com

    Nick Suciu III
    **BARBAT, MANSOUR & SUCIU PLLC**
    1644 Bracken Rd.
    Bloomfield Hills, MI 48302
    (313) 303-3472
    nicksuciu@bmslawyers.com

>Katrina Carroll
>Kyle A. Shamberg
>Ismael T. Salam
>**LITE DePALMA GREENBERG, LLC**
>212 West Hacker Drive, Suite 500
>Chicago, IL  60606
>312-750-1265
>kcarroll@litedepalma.com
>kshamberg@litedepalma.com
>isalam@litedepalma.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed February 5, 2018, via the electronic filing system of the United States District Court for the Northern District of Illinois, which will automatically serve all counsel of record.

>*/s/ Jason J. Thompson*
>Jason J. Thompson